**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                     No. 4:15CR00209-06 DPM

JOHNNY MORROW                                                       DEFENDANT

**<u>ORDER</u>**

On August 31, 2016, Defendant appeared before the Court with counsel after being arrested pursuant to a warrant I issued for a positive drug test showing illegal methamphetamine use. After hearing evidence about the positive drug screen - and Defendant's other failures to comply with his conditions of release - I find Defendant used methamphetamine, threatened his pretrial services officer, and has failed to generally follow the condition of home detention. However, I concluded Defendant should be given one more chance to remain on bond.

Based on the evidence presented at the hearing, I find additional conditions are warranted. The additional conditions include 1) Defendant shall be again placed on home detention with electronic monitoring and <u>shall not leave his residence for any purpose other than those approved by his supervising pretrial services officer</u>; 2) Defendant shall provide his pay stubs showing his employment on a weekly basis; 3) Defendant shall not associate with felons; 4) Defendant shall not have multiple guests at his home; 5) a "sweat patch" shall be placed on Defendant; 6) Defendant shall undergo a mental health assessment.

On September 1, 2016, I was advised by the United States Probation Office that Defendant left his residence and was unaccounted for. He later contacted his officer and said he took his children to school. This is a violation of my Order and should result in my issuing a warrant for his arrest. Instead, at the recommendation of the Pretrial Services Officers, I will order the additional

condition of GPS monitoring.

Defendant is once again warned that his bond shall be revoked and a warrant shall issue if he fails to follow my Order setting conditions of release.  This shall be the last warning.

IT IS SO ORDERED this <u>1st</u> day of September, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE